Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
Anna L. Benvenue (Cal. State Bar #261436)
Director, Appellate Writing Group
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel (415) 494-8597
Fax: (415) 967-7055
Email: federal@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KHALIL JANJUA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD NEUFELD, ET. AL.<br><br>    Defendants | Case No.: 3:15-cv-05475<br><br>JOINT STIPULATION TO SET DISPOSITIVE MOTIONS DEADLINE<br><br>Judge: Hon. Edward M. Chen<br>Case Management Conference: Nov. 10, 2016<br>Time: 9:30 a.m. |

In this immigration case Plaintiff Khalil Janjua ("Janjua") filed an amended complaint on August 4, 2016 challenging – under the Administrative Procedure Act ("APA") – the United States and Immigration Services' denial of his application to adjust his immigration status to that of a lawful permanent resident.  Defendants filed their answer to Janjua's amended complaint on

Joint Stipulation to Set Disposition Motions Deadline
Case No.: 3:15-cv-05475

August 16, 2016.  The parties agree that discovery is inappropriate because judicial review in cases brought under the APA is limited to "the whole record or those parts of it cited by a party." 5 U.S.C. § 706; see also *Citizens to Preserve Overton Park, Inc. v. Volpe*, 401 U.S. 402 (1971).

Janjua intends to move for summary judgment, and the parties stipulate to January 20, 2017 as the deadline for that motion.  The parties next stipulate to February 20, 2017 as the deadline for Defendants' opposition to Janjua's summary judgement motion and cross-motion for summary judgment, should Defendants choose to file one.  The parties further stipulate that Janjua's reply to Defendants' opposition and opposition to Defendants' cross-motion, should they file one, is March 22, 2017.  Finally, the parties stipulate that if Defendants file a cross-motion on February 20, 2017, their reply to Plaintiff's opposition to that motion would be due April 21, 2017.

The parties respectfully suggest that, in light of their agreement on the above matters, the Court should vacate the case management conference now scheduled for Thursday November 10, 2016 at 9:30 a.m., and instead issue a case management order consistent with this Report.

Dated:  October 28, 2016              Respectfully submitted,


/s/ Robert B. Jobe                    BENJAMIN C. MIZER
ROBERT B. JOBE                        Principal Deputy Assistant Attorney General
The Law Office of Robert B. Jobe
ANNA BENVENUE                         WILLIAM C. PEACHEY
Director, Appellate Writing Group     Director, District Court Section
550 Kearny Street, Suite 200
San Francisco, California 94108       ELIZABETH J. STEVENS
Tel: (415) 956-5513                   Assistant Director, District Court Section
Fax: (415) 967-7055
Email: federal@jobelaw.com            /s/   Gladys M. Steffens Guzman
                                      GLADYS M. STEFFENS GUZMAN
Attorneys for Petitioner              Trial Attorney
                                      United States Department of Justice
                                      Civil Division

Office of Immigration Litigation
District Court Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044-0868
Tel: (202) 305-7187
Fax: (202) 305-7000
Email: Gladys.Steffens-Guzman@usdoj.gov

Attorneys for Defendants

```
IT IS SO ORDERED that the hearing on
motions for summary judgment is set for
May 11, 2017 at 1:30 p.m.  The November 10,
2016 CMC is reset to May 11, 2017 at 1:30 p.m.
A joint CMC statement shall be filed by
May 4, 2017.
```



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Joint Stipulation to Set Disposition Motions Deadline
Case No.: 3:15-cv-05475