CHAD A. READLER
United States Department of Justice
Acting Assistant Attorney General,
Civil Division
WILLIAM C. PEACHEY
Office of Immigration Litigation
Director, District Court Section
GISELA A. WESTWATER
Assistant Director, District Court Section
Office of Immigration Litigation
GLADYS M. STEFFENS GUZMÁN
Office of Immigration Litigation
Department of Justice, Civil Division
Trial Attorney, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 305-7181
Facsimile:  (202) 305-1890
E-Mail: gladys.steffens-guzman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KHALIL JANJUA,<br><br>            Plaintiff,<br><br>vs.<br><br><br>DONALD NEUFELD, ET. AL.<br><br>            Defendants | Case No.: 3:15-cv-05475<br><br><br>JOINT STIPULATION TO EXTEND DEFENDANTS' REPLY UP TO AND INCLUDING FRIDAY, JUNE 1, 2017, AND TO RESCHEDULE THE JUNE 15, 2017 HEARING<br><br><br>Judge: Hon. Edward M. Chen |

Joint Stipulation to Extend Defendants' Reply Deadline
Up to and Including Friday, June 1, 2017, and to
Reschedule the June 15, 2017 Hearing
Case No.: 3:15-cv-05475

In this immigration case, Plaintiff Khalil Janjua ("Janjua") filed an amended complaint on August 4, 2016, challenging – under the Administrative Procedure Act ("APA") –United States Citizenship and Immigration Services' ("USCIS") denial of his application to adjust his immigration status to that of a lawful permanent resident.  Defendants filed their answer to Janjua's amended complaint on August 16, 2016.  The parties agree that discovery is inappropriate because judicial review in cases brought under the APA is limited to "the whole record or those parts of it cited by a party."  5 U.S.C. § 706; see also *Citizens to Preserve Overton Park, Inc. v. Volpe*, 401 U.S. 402 (1971).

Since then, the parties have both moved for summary judgment.  The parties now stipulate to extend Defendants' time in which to file their reply in support of their motion for summary judgment up to and including Friday, June 1, 2017, only nine days after the original filing deadline of May 24, 2017.

The parties respectfully suggest that, in light of their agreement on the above matters, the Court should vacate the hearing now scheduled for Thursday, June 15, 2017, at 1:30 p.m. and schedule a hearing on the pending motions for summary judgment at a later date.

Dated:  May 22, 2017                                    Respectfully submitted,

| | |
|---|---|
| /s/ Robert B. Jobe | CHAD A. READLER |
| ROBERT B. JOBE | Acting Assistant Attorney General |
| The Law Office of Robert B. Jobe | |
| ANNA BENVENUE | WILLIAM C. PEACHEY |
| Director, Appellate Writing Group | Director, District Court Section |
| 550 Kearny Street, Suite 200 | |
| San Francisco, California 94108 | GISELA A. WESTWATER |
| Tel: (415) 956-5513 | Assistant Director, District Court Section |
| Fax: (415) 967-7055 | |
| Email: federal@jobelaw.com | /s/ Gladys M. Steffens Guzmán |
| | GLADYS M. STEFFENS GUZMÁN |
| Attorneys for Petitioner | Trial Attorney |
| | United States Department of Justice |
| | Civil Division |
| | Office of Immigration Litigation |
| | District Court Division |

Joint Stipulation to Extend Defendants' Reply Deadline
Up to and Including Friday, June 1, 2017, and to
Reschedule the June 15, 2017 Hearing
Case No.: 3:15-cv-05475

| | |
|---|---|
| 1 | P.O. Box 868, Ben Franklin Station |
| 2 | Washington, DC 20044-0868 |



P.O. Box 868, Ben Franklin Station
Washington, DC 20044-0868
Tel: (202) 305-7187
Fax: (202) 305-7000
Email: Gladys.Steffens-Guzman@usdoj.gov

Attorneys for Defendants

IT IS SO ORDERED

Judge Edward M. Chen

Joint Stipulation to Extend Defendants' Reply Deadline
Up to and Including Friday, June 1, 2017, and to
Reschedule the June 15, 2017 Hearing
Case No.: 3:15-cv-05475